# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2025

## NO. 03-24-00379-CR

**Michael Christopher Prall, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment revoking community supervision. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.